A CERTIFIED TRUE COPY
ATTEST

By Teresa Bishop on Jan 27, 2009

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**Jan 09, 2009**

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

FILED
FEB - 6 2009
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)

MDL No. 875

(SEE ATTACHED SCHEDULE)

C-08-4925-SBA
C-08-5015-SBA

## CONDITIONAL TRANSFER ORDER (CTO-318)

On July 29, 1991, the Panel transferred 21,937 civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See 771 F.Supp. 415 (J.P.M.L. 1991). Since that time, 83,678 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable Eduardo C. Robreno.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Robreno.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of July 29, 1991, and, with the consent of that court, assigned to the Honorable Eduardo C. Robreno.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Jan 27, 2009

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

A TRUE COPY CERTIFIED TO FROM THE RECORD
DATED: 1/29/09
ATTEST: Tom Dempsey
DEPUTY CLERK, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

**IN RE: ASBESTOS PRODUCTS LIABILITY**
**LITIGATION (NO. VI)**                                       MDL No. 875

### SCHEDULE CTO-318 - TAG-ALONG ACTIONS

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **CALIFORNIA CENTRAL** | |
| ~~CAC 2 08-7434~~ | ~~Carol S. Dudash, et al. v. Alstom Power, Inc., et al.~~ **Opposed 1/26/09** |
| ~~CAC 2 08-7548~~ | ~~John Lusk, et al. v. A.B. Boyd Co., et al.~~ **Opposed 1/26/09** |
| **CALIFORNIA NORTHERN** | |
| ~~CAN 3 08-3013~~ | ~~Jeri Redman, et al. v. A.W. Chesterton Co., Inc., et al.~~ **Opposed 1/26/09** |
| CAN 3 08-4380 | Elmoyne Holbrook, et al. v. General Electric Co., et al. |
| CAN 3 08-4381 | Theoni Salcedo, et al. v. Newport News Shipbuilding & Dry Dock Co., et al. |
| CAN 3 08-4400 | Clark Ogle, et al. v. General Electric Co., et al. |
| CAN 3 08-4401 | Albert Hutto, et al. v. General Electric Co., et al. |
| CAN 3 08-4415 | Larry Yabarra, et al. v. General Electric Co., et al. |
| ~~CAN 3 08-4416~~ | ~~John Koloen, et al. v. General Electric Co., et al.~~ **Opposed 1/27/09** |
| CAN 3 08-4461 | Joseph Murray, et al. v. General Electric Co., et al. |
| CAN 3 08-4489 | Daniel Tarbell, Sr., et al. v. Kaiser Ventures, LLC, et al. |
| CAN 3 08-4490 | Thomas Huff, et al. v. Kaiser Ventures, LLC, et al. |
| CAN 3 08-4656 | Brenda Lunsford, et al. v. General Electric Co. |
| CAN 3 08-4926 | Cleo Ann Conner, et al. v. General Electric Co., et al. |
| CAN 3 08-5185 | Dennis Morillas, et al. v. General Electric Co. |
| CAN 3 08-5212 | Sheila Correia, et al. v. Newport News Shipbuilding & Dry Dock Co. |
| ~~CAN 3 08-5260~~ | ~~David Sanborn, et al. v. Asbestos Corp., Ltd., et al.~~ **Opposed 1/26/09** |
| CAN 4 08-4925 | Patsy Rood, etc. v. General Electric Co., et al. |
| CAN 4 08-5015 | Dorothy Seltmann, et al. v. A.W. Chesterton Co., et al. |
| **CONNECTICUT** | |
| CT 3 07-1359 | Lionel J. Despres, et al. v. Ampco-Pittsburgh Corp., et al. |
| CT 3 07-1912 | Hope Olivar, etc. v. Buffalo Pumps, Inc., et al. |
| CT 3 08-116 | Dorothy DeMatties, etc. v. Acmat Corp., et al. |
| CT 3 08-707 | Richard Carroll, et al. v. Buffalo Pumps, Inc., et al. |
| CT 3 08-1479 | Robert I. Hayford, Jr., et al. v. Buffalo Pumps, Inc., et al. |

## MDL No. 875 - Schedule CTO-318 Tag-Along Actions (Continued)

**DELAWARE**
DE  1  08-624          Herbert Pease v. A.W. Chesterton Co., Inc., et al.
DE  1  08-912          Jacqueline Snyder, etc. v. A.O. Smith Corp., et al.

**FLORIDA NORTHERN**
FLN  1  08-206         John Delatte, et al. v. A.W. Chesterton Co., Inc., et al.

**ILLINOIS NORTHERN**
ILN  1  08-5754        Marlene Woods, etc. v. CBS Corp., et al.

**ILLINOIS SOUTHERN**
~~ILS  3  08-755~~      ~~Arvid Johnson, et al. v. Foster Wheeler Energy Corp., et al.~~
                       **Vacated 1/23/09**

**LOUISIANA EASTERN**
~~LAE  2  08-4203~~     ~~Walter McDonald, et al. v. Crowley Maritime Corp., et al.~~
                       **Opposed 1/27/09**
~~LAE  2  08-4204~~     ~~Clarence Scott Wren, Sr. v. Cooper/T. Smith Stevedoring, Inc., et al.~~     **Opposed 1/27/09**

**LOUISIANA WESTERN**
LAW  5  08-1341        Joan Montalbano, et al. v. Crown Cork & Seal Co., Inc.

**MICHIGAN EASTERN**
MIE  2  91-72030       Alfonso Estrada, et al. v. ACandS, Inc., et al.
MIE  2  91-72171       Robert H. Middleton, et al. v. ACandS, Inc., et al.
~~MIE  2  08-14920~~    ~~Garry Turner v. Grand Trunk Western Railroad, Inc.~~
                       **Opposed 1/27/09**

**MINNESOTA**
MN  0  08-1417         Marvin Gurewitz, etc. v. American Standard, Inc., et al.
MN  0  08-6301         Marvin Dunlap, et al. v. Soo Line Railroad Co.

**NORTH CAROLINA EASTERN**
NCE  2  08-31          Jerome Bowen Blake v. Anchor Packing Co., et al.
NCE  4  08-118         Harvey Worthington Turnage, Jr., et al. v. Anchor Packing Co., et al.
NCE  4  08-137         Diane Schechter, etc. v. Anchor Packing Co., et al.
NCE  5  08-378         Jessie Darquenne Ashley, etc. v. Anchor Packing Co., et al.
NCE  7  08-106         George N. White, Jr., et al. v. Aqua-Chem, Inc., et al.
NCE  7  08-112         Russell Jay Aderhold, et al. v. Aqua-Chem, Inc., et al.
NCE  7  08-138         David W. Williams, et al. v. Aqua-Chem, Inc., et al.
NCE  7  08-150         Norwood Shelton Wood, et al. v. Anchor Packing Co., et al.

**MDL No. 875 - Schedule CTO-318 Tag-Along Actions (Continued)**

NORTH CAROLINA MIDDLE
- NCM 1 08-697  Donald Ray Clark v. Aqua-Chem, Inc., et al.
- NCM 1 08-708  Douglas I. Grandy, et al. v. Aqua-Chem, Inc., et al.
- NCM 1 08-709  Terry W. Wyrick, et al. v. Aqua-Chem, Inc., et al.
- NCM 1 08-764  Rosa Lee Manning, et al. v. Aqua-Chem, Inc., et al.
- NCM 1 08-765  Thomas C. Purdy, et al. v. Aqua-Chem, Inc., et al.
- NCM 1 08-783  Jimmie Lee Thompson, Sr. v. Aqua-Chem, Inc., et al.
- NCM 1 08-784  Cary Brown Murphy, et al. v. Aqua-Chem, Inc., et al.
- NCM 1 08-893  Gary Wade Shue, etc. v. Aqua-Chem, Inc., et al.

NORTH CAROLINA WESTERN
- NCW 1 07-383  Jackie C. Laney, et al. v. A.W. Chesterton Co., Inc., et al.
- NCW 1 08-478  William M. Hamrick, Sr., et al. v. Aqua-Chem, Inc., et al.
- NCW 1 08-479  Murray D. Washam, et al. v. Aqua-Chem, Inc., et al.
- NCW 1 08-480  Bennie G. Pryor, et al. v. Aqua-Chem, Inc., et al.
- NCW 1 08-481  Brenda T. Fuller, et al. v. Aqua-Chem, Inc., et al.
- NCW 1 08-486  Dennis W. Richard, et al. v. Aqua-Chem, Inc., et al.
- NCW 1 08-487  Linda K. Burrell, etc. v. Aqua-Chem, Inc., et al.
- NCW 1 08-490  Timothy B. Grass, et al. v. Aqua-Chem, Inc., et al.
- NCW 1 08-491  William C. Sturdivant, Jr., et al. v. Aqua-Chem, Inc., et al.
- NCW 1 08-493  Sueann B. Setzer, et al. v. Aqua-Chem, Inc., et al.
- NCW 1 08-494  Danny Ray Shepherd, et al. v. Aqua-Chem, Inc., et al.
- NCW 1 08-498  Larry R. Robinette, et al. v. Aqua-Chem, Inc., et al.
- NCW 1 08-499  Gary A. Cornelius, et al. v. Aqua-Chem, Inc., et al.
- NCW 1 08-500  James F. Barker, et al. v. Aqua-Chem, Inc., et al.
- NCW 1 08-502  Charles R. Bradshaw, et al. v. Aqua-Chem, Inc., et al.
- NCW 1 08-503  Ronald K. Bridges, et al. v. Aqua-Chem, Inc., et al.
- NCW 1 08-504  Joe Dean Byers v. Aqua-Chem, Inc., et al.
- NCW 1 08-505  Robin G. Caskey, et al. v. Aqua-Chem, Inc., et al.
- NCW 1 08-506  Tommy E. Cauthen, et al. v. Aqua-Chem, Inc., et al.
- NCW 1 08-508  Leon W. Crocker, et al. v. Aqua-Chem, Inc., et al.
- NCW 1 08-509  Jacob M. Dellinger, et al. v. Aqua-Chem, Inc., et al.
- NCW 1 08-511  Timothy S. Dellinger, et al. v. Aqua-Chem, Inc., et al.
- NCW 1 08-512  Eddie Ray Evans, et al. v. Aqua-Chem, Inc., et al.
- NCW 1 08-513  Tony V. Lineberger, et al. v. Aqua-Chem, Inc., et al.
- NCW 1 08-514  Coy B. Helms, et al. v. Aqua-Chem, Inc., et al.
- NCW 1 08-517  Randy G. Mahaffey, et al. v. Aqua-Chem, Inc., et al.
- NCW 1 08-518  Gary T. McGee, et al. v. Aqua-Chem, Inc., et al.
- NCW 1 08-522  James Boyce Mitchem v. Aqua-Chem, Inc., et al.
- NCW 1 08-524  Stanley B. Rucker, et al. v. Aqua-Chem, Inc., et al.

Page 4 of 6

## MDL No. 875 - Schedule CTO-318 Tag-Along Actions (Continued)

| | | |
|---|---|---|
| NCW | 1  08-525 | Kenneth L. Rumfelt, et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1  08-527 | Danny L. Setzer, et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1  08-528 | Timothy A. Sheppard v. Aqua-Chem, Inc., et al. |
| NCW | 1  08-529 | Robert L. Witherspoon, et al. v. Aqua-Chem, Inc., et al. |

**NEW HAMPSHIRE**
NH  1  08-458          Judith L. Jackson, etc. v. Metropolitan Life Insurance Co., et al.

**NEW JERSEY**
~~NJ  2  08-5112~~          ~~Francine Peluso v. Asbestos Corp., Ltd., et al.~~ **Opposed 1/26/09**

**NEW YORK EASTERN**
NYE  1  08-3221        Edward Kelchner v. A.W. Chesterton Co., Inc., et al.
NYE  1  08-3436        Mozelle Justice, etc. v. A.W. Chesterton Co., Inc., et al.

**NEW YORK SOUTHERN**
~~NYS  1  08-10228~~        ~~Michael Curry v. American Standard, Inc., et al.~~ **Opposed 1/14/09**

**OHIO NORTHERN**
OHN  1  08-10006       Willard E. Bartel, et al. v. A-C Product Liability Trust, et al.
OHN  1  08-10007       Willard E. Bartel, et al. v. A-C Product Liability Trust, et al.

**OKLAHOMA NORTHERN**
OKN  4  08-590         Donnis Lawson, etc. v. Burlington Northern & Santa Fe Railway Co.

**OREGON**
~~OR  3  08-469~~           ~~Vivian L. Dunn, etc. v. B&P Process Equipment & Systems, LLC, et al.~~ **Opposed 1/26/09**

**RHODE ISLAND**
RI  1  05-252          Micheline Moore, etc. v. A.W. Chesterton Co., Inc., et al.
RI  1  05-253          Helen Docherty, etc. v. A.W. Chesteron Co., Inc., et al.
RI  1  08-472          Michael D. Beamis v. Buffalo Pumps, Inc.

**SOUTH CAROLINA**
SC  0  08-3356         James Monroe Scott, et al. v. Aqua-Chem, Inc., et al.
SC  0  08-3415         William T. Clinton, et al. v. Aqua-Chem, Inc., et al.
SC  0  08-3561         Robert S. Glenn, Jr., et al. v. Aqua-Chem, Inc., et al.

### MDL No. 875 - Schedule CTO-318 Tag-Along Actions (Continued)

| | | |
|---|---|---|
| SC 0 | 08-3562 | Perry Littlejohn v. Aqua-Chem, Inc., et al. |
| SC 0 | 08-3565 | James K. Lightsey, et al. v. Aqua-Chem, Inc., et al. |
| SC 0 | 08-3566 | Tony D. Hamilton, et al. v. Aqua-Chem, Inc., et al. |
| SC 0 | 08-3730 | Gardy F. Oliver, Jr., et al. v. Aqua-Chem, Inc., et al. |
| SC 0 | 08-3738 | Donald W. Ligon, et al. v. Aqua-Chem, Inc., et al. |
| SC 0 | 08-3739 | Ronald E. Parham, et al. v. Aqua-Chem, Inc., et al. |
| SC 2 | 08-3759 | Madge L. Pittman, etc. v. Owens-Illinois, Inc., et al. |
| SC 7 | 08-3736 | Boyd Holcomb, et al. v. Aqua-Chem, Inc., et al. |
| SC 7 | 08-3741 | Michael E. Parker, et al. v. Aqua-Chem, Inc., et al. |
| SC 7 | 08-4096 | Bill Bailey, etc. v. Aqua-Chem Inc., et al. |
| SC 8 | 08-3357 | Odell C. Weaver, et al. v. Aqua-Chem, Inc., et al. |
| SC 8 | 08-3362 | Teresa H. Dale, et al. v. Aqua-Chem, Inc., et al. |
| SC 8 | 08-3416 | Selma F. Whitfield, et al. v. Aqua-Chem, Inc., et al. |
| SC 8 | 08-3420 | Shirley C. Harden, et al. v. Aqua-Chem, Inc., et al. |
| SC 8 | 08-3424 | James Kenneth Black, et al. v. Aqua-Chem, Inc., et al. |
| SC 8 | 08-3446 | Charles D. Crisp, et al. v. Aqua-Chem, Inc., et al. |
| SC 8 | 08-3448 | John Michael Ashley, et al. v. Aqua-Chem, Inc., et al. |
| SC 8 | 08-3560 | Larry M. Parker, et al. v. Aqua-Chem, Inc., et al. |

**TENNESSEE EASTERN**
~~TNE 3 08-368~~     ~~Angie Smiddy, etc. v. Alcoa, Inc.~~ **Opposed 1/26/09**

**UTAH**
~~UT 2 08-630~~     ~~Ronnie Smith, et al. v. Ford Motor Co., et al.~~ **Opposed 1/27/09**

**VIRGINIA EASTERN**

| | | |
|---|---|---|
| VAE 2 | 08-9368 | Eugene L. Beckerle v. American Standard, Inc., et al. |
| VAE 2 | 08-9369 | Jesus Marquez v. American Standard, Inc., et al. |
| VAE 2 | 08-9370 | Orlando Sanchez v. American Standard, Inc., et al. |
| VAE 2 | 08-9371 | Albert W. Anderson v. American Standard, Inc., et al. |
| VAE 2 | 08-9372 | Hjalner E. Nygard v. American Standard, Inc., et al. |
| VAE 2 | 08-9373 | Johnny A. O'Neal, Jr. v. American Standard, Inc., et al. |
| VAE 2 | 08-9374 | Robert A. Smith v. American Standard, Inc., et al. |
| VAE 2 | 08-9375 | Robert Lee Zamora v. American Standard, Inc., et al. |
| VAE 2 | 08-9377 | Michael E. Sanders v. American Standard, Inc., et al. |
| VAE 2 | 08-9430 | Dennis R. Callihan v. American Standard, Inc., et al. |
| VAE 2 | 08-9431 | Walter V. Ward v. American Standard, Inc., et al. |
| VAE 2 | 08-9432 | William H. Monroe, Jr., etc. (George H. Heckman, Jr.) v. American Standard, Inc., et al. |
| VAE 2 | 08-9433 | Donald L. Hardsaw, Sr. v. American Standard, Inc., et al. |

**MDL No. 875 - Schedule CTO-318 Tag-Along Actions (Continued)**

| | |
|---|---|
| VAE 2 08-9434 | Emmett Kirtley v. American Standard, Inc., et al. |
| VAE 2 08-9435 | Pete A. Ortega v. American Standard, Inc., et al. |
| VAE 2 08-9452 | Roger K. Bergholz v. American Standard, Inc., et al. |
| VAE 2 08-9453 | Ronald M. Elde v. American Standard, Inc., et al. |
| VAE 2 08-9454 | Arthur J. Demasi v. American Standard, Inc., et al. |
| VAE 2 08-9455 | Raymond E. Ficklin v. American Standard, Inc., et al. |
| VAE 2 08-9456 | Richard L. Adams v. American Standard, Inc., et al. |
| VAE 2 08-9457 | Dennis Brown v. American Standard, Inc., et al. |
| VAE 2 08-9458 | Donald F. Carroll, et al. v. The Budd Co., et al. |
| VAE 2 08-9459 | Larry Dixon v. American Standard, Inc., et al. |
| VAE 2 08-9460 | Francis G. Gross v. American Standard, Inc., et al. |
| VAE 2 08-9461 | James H. Hasenfuss v. American Standard, Inc., et al. |
| VAE 2 08-9462 | John R. Hastings, Sr. v. American Standard, Inc., et al. |
| VAE 2 08-9463 | Alfred A. Haugen v. American Standard, Inc., et al. |
| VAE 2 08-9464 | Francis J. Hedstrom v. American Standard, Inc., et al. |
| VAE 2 08-9465 | Jay R. Hutton v. American Standard, Inc., et al. |
| VAE 2 08-9466 | Edward L. Lee v. American Standard, Inc., et al. |
| VAE 2 08-9467 | Jack H. Lester v. American Standard, Inc., et al. |
| VAE 2 08-9468 | Raymond C. Martin v. American Standard, Inc., et al. |
| VAE 2 08-9469 | Harold B. Martinson v. American Standard, Inc., et al. |
| VAE 2 08-9470 | Thomas C. McDougall v. American Standard, Inc., et al. |
| VAE 4 08-3247 | Robert Irving Armistead v. 3M Business Products Sales, Inc., et al. |

**VIRGIN ISLANDS**

| | |
|---|---|
| VI 1 08-54 | Gabriel Alexander v. St. Croix Alumina, LLC, et al. |
| VI 1 08-55 | Theodore Simon v. St. Croix Alumina, LLC, et al. |