ROBERT D. EASSA (Cal. Bar No. 107970)
  robert.eassa.service@filicebrown.com
PAUL R. JOHNSON (Cal. Bar No. 115817)
  paul.johnson.service@filicebrown.com
FILICE BROWN EASSA & McLEOD LLP
1999 Harrison Street, 18th Floor
Oakland, CA 94612
Tel: (510) 444-3131
Fax: (510) 839-7940

Attorneys for Defendant
WATTS WATER TECHNOLOGIES, INC.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| DOROTHY SELTMANN, etc., et al., | No. C08-05015 SBA |
| Plaintiffs, | [Proposed] ORDER WITHDRAWING AND DISMISSING APPEAL ON MOTION OF APPELLANT |
| v. | |
| A.W. CHESTERTON COMPANY, et al., | |
| Defendants. | Before the Hon. Saundra Brown Armstrong |

Before the Court is the motion of defendant-appellant Watts Water Technologies, Inc. (Watts) for an order withdrawing and dismissing as moot the appeal filed by Watts on February 11, 2009 (Docket No. 56). Watts has advised this Court of Watts' information that the appeal has not yet been docketed by the Clerk of the United States Court of Appeals for the Ninth Circuit and, accordingly, Watts presents its motion for dismissal to this Court. *See* Fed. R. Civ. P. 42(a) (dismissal of appeal by District Court). Good cause appearing,

IT IS ORDERED THAT Watts' appeal, filed February 11, 2009, is hereby WITHDRAWN and DISMISSED as moot.

Dated: 2/17/09 _____

*Saundra B. Armstrong*
THE HONORABLE SAUNDRA BROWN ARMSTRONG
United States District Judge

-1-

[Proposed] ORDER WITHDRAWING AND DISMISSING APPEAL    No. C08-05015 SBA